UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DERRICK P. JONES,

                          Plaintiff,

v.                                                           Case No. 16-cv-1355-pp

MEG SCHNABL, and
CONNIE ACHERSON,

                          Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

---

In an order entered August 2, 2017, the court resolved the plaintiff's pending motions, screened the plaintiff's complaint, and gave the plaintiff the opportunity to file an amended complaint on or before September 8, 2017. Dkt. No. 9. The court warned the plaintiff that if the court did not receive the plaintiff's amended complaint by that deadline, the court would dismiss the case based on the plaintiff's failure to diligently pursue it. Id. at 6.

To date, the court has not received an amended complaint. Nor has the plaintiff communicated with the court in any way since the August 2, 2017, order. From this, the court concludes that the plaintiff no longer wishes to prosecute this case.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**

for failure to prosecute under Federal Rule of Civil Procedure 41(b) and Civil Local rule 41(c) (E.D. Wis.).

The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 18th day of September, 2017.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**